# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AMALIA VILORIA, *et al.*,

    Plaintiffs,

v.

PREMIUM CAPITAL FUNDING LLC, *et al.*,

    Defendants.

Case No. 2:12-CV-00406-KJD-PAL

**ORDER**

    Plaintiffs' Complaint was filed on March 12, 2012. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint. The 120 day time period for effecting service of the summons and complaint upon Defendants expired no later than July 10, 2012. Plaintiffs have not yet filed proof of service on Defendants.

    Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall have up to and including July 30, 2012 to file proof of service of the summons and complaint within the allowed time. If Plaintiffs fail to respond or to file proof of service, the Court will dismiss the complaint against Defendants without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

    DATED this 11th day of July 2012.

_____
Kent J. Dawson
United States District Judge