```
1  AMALIA VILORIA, In Pro Se
   STEPHEN VILORIA, In Pro Se
2  1623 Graystone Canyone Ave
   Las Vegas, NV 89123
3  Tel: 702-260-7168
```

2012 SEP 17 P 3: 11

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMALIA VILORIA and STEPHEN VILORIA, individuals, <br> Plaintiffs, <br> v. <br> PREMIUM CAPITAL FUNDING LLC, as the Original Lender; LAND AMERICA COMMONWEALTH, as the Original Trustee; COMMONWEALTH TITLE COMPANY Title Company; OCWEN LOAN SERVICING, LLC, as Mortgage Servicer EQUITY ONE, INC, as the PSA Master Servicer; EQUITY ONE, INC PSA Sponsor and Seller; POPULAR ABS, INC, as PSA Depositor; JPMORGAN CHASE BANK, N.A., as PSA Trustee; JPMORGAN CHASE BANK, N.A. PSA Custodian; POPULAR ABS MORTGAGE PASS-THROUGH TRUST 2006-B, as the PSA Trust Issuing Entity; NATIONAL DEFAULT SERVICING CORPORATION, as the Foreclosing Trustee; MARTI NORIEGA, as Assistant Secretary of MERS, INC., MELISSA BELL the Notary of the Assignment of Deed of Trust; and DOES 1 THROUGH 100, INCLUSIVE <br> Defendants, | CASE NO 2:12-cv-00406-KJD-PAL <br><br> MOTION TO LEAVE TO AMEND COMPLAINT |

1

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Amalia Viloria and Stephen Viloria hereby respectfully moves the Court for leave to file an AMENDED COMPLAINT.

DATE: 9/14/12

Respectfully submitted,

Amalia Viloria, In Pro Se

STEPHEN VILORIA

2

# PROOF OF SERVICE

I, DARRYL PANTALEON, declare as follows:

I am a resident of the United States, over the age of eighteen years and not a party to the above-entitled action and not a party to this action; my business address is 100 North Brand Blvd. #14, Glendale CA 91203-2641

On _____, I served the following document(s):

**MOTION TO LEAVE TO AMEND COMPLAINT**

to the following recipients at the locations specified:

*PREMIUM CAPITAL FUNDING LLC*
*125 JERICHO TURNPIKE SUITE 400*
*JERICHO, NY 11753*

*LAND AMERICA COMMONWEALTH*
*400 SIBLEY STREET # 255*
*SAINT PAUL, MN 55101-2994*

*THE CORPORATION TRUST COMPANY OF NEVADA*
*AGENT FOR SERVICE OF PROCESS FOR COMMONWEALTH LAND TITLE COMPANY*
*311 S DIVISION ST*
*CARSON CITY, NV 89703*

*CSC SERVICES OF NEVADA, INC.*
*AGENT FOR SERVICE OF PROCESS FOR OCWEN LOAN SERVICING, LLC*
*2215-B RENAISSANCE DR*
*LAS VEGAS, NV 89119*

*EDWARD ARCE*
*AGENT FOR SERVICE OF PROCESS FOR EQUITY ONE, INC.*
*17300 RED HILL AVENUE, SUITE 200*
*IRVINE CA 92614*

*POPULAR ABS, INC.*
*103 SPRINGER BLDG*
*3411 SILVERSIDE ROAD*
*WILMINGTON DE 19810*

THE CORPORATION TRUST COMPANY OF NEVADA
AGENT FOR SERVICE OF PROCESS FOR JP MORGAN CHASE BANK, N.A.
311 S DIVISION ST
CARSON CITY, NV 89703

POPULAR ABS MORTGAGE PASS-THROUGH TRUST 2006-B
103 SPRINGER BLDG
3411 SILVERSIDE ROAD
WILMINGTON DE 19810

THE CORPORATION TRUST COMPANY OF NEVADA
AGENT FOR SERVICE OF PROCESS FOR NATIONAL DEFAULT SERVICING CORPORATION
311 S DIVISION ST
CARSON CITY, NV 89703

MARTI NORIEGA - VICE PRESIDENT OF MERS, INC
C/O VICE PRESIDENT OF MERS, INC.
1901 EAST VOORHEES STREET, SUITE C
DANVILLE, IL 61834.

MELISSA BELL
1310 JAMES COOK
WINDCREST, TX 78239

In the manner indicated below:

☒ **BY UNITED STATES MAIL:** Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the State of California for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE:** I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. A declaration from the messenger who made the delivery is attached or will be filed separately with the court.

☐ **BY OVERNIGHT DELIVERY:** I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed _____, at Glendale, California

_____

PROOF OF SERVICE